# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MY TOWN SUPERMARKET #1,** and **LUIS M. PAYANO,** | : |
| | :     CIVIL ACTION NO. 3:17-0921 |
| **Plaintiffs** | |
| v. | :     (JUDGE MANNION) |
| **UNITED STATES OF AMERICA,** | : |
| **Defendant** | : |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 46)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the United States's summary judgment motion, **(Doc. 34)**, is **GRANTED**;

**(3)** the plaintiffs' objections to the report and recommendation, **(Doc. 49)**, are **OVERRULED**; and

**(4)** the Clerk of Court shall **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 12, 2019**
17-0921-01-ORDER.wpd